IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:08CR380
                             )
      v.                     )
                             )
JOHN OGLESBY,                )           ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on the motion for extension of time (Filing No. 70) to file a brief in support of the presentence motions filed herein.  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until April 8, 2009, in which to file a brief in support of his pretrial motions.

DATED this 7th day of April, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court